# Exhibit A



# Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-273-274**

Effective Date of Registration:
March 03, 2017

## Title

Title of Work: K-63

Content Title: KAY2729C
KAY2730Y
KAY2731Y
KAY2733B
KAY2735P
KAY2737P
KAY2739Y
KAY2740Y

## Completion/Publication

Year of Completion: 2017

## Author

- Author: C&SM INTL
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: Korea, South

## Copyright Claimant

Copyright Claimant: C&SM INTL
NO.1105, KEUMKANG PLAZA, CHUNG SA RO 49, UIJEONGBU-SI, KYEONGGI-DO, Korea, South

## Rights and Permissions

Page 1 of 2

# Exhibit C

opensky.com/bluelans/product/women-dress-printing-deep-v-polyester-slim-short-sleeve-midi-dress-for-summer-2?configurationId=e09389680051df4139a161b43&epik=dj0yJnU9OWphRkxoellfZGJVLX

897397.1.1.10

**Shop Clearance! New Items Added Daily.** ›　　Before You Hit the Road: Columbus Day Weekend 75% off›　　Become a S

open sky

Search products　🔍

Apparel　Accessories　Jewelry　Home　Kitchen　Electronics　Beauty　Wellness　**Clearance**

Apparel › Womens › Dresses › Maxi Dresses

(handwritten: 1100)

## Women Dress Printing Deep-V Polyester Slim Short Sleeve Midi Dress for Summer

by Bluelans

**$16.80** **On Sale** 60% Off
~~$41.98~~

COLOR
Blue ›

SIZE
3xl ›

QTY
1 ›

🛒 **Add to Cart**

♡ Love & Save to Wish List



