JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&SM INTL, a South Korean Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BLUELANS INC., a California Corporation; FAN YANG, an Individual; WEIHUA YUAN, an Individual; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: 2:25-cv-05657-RGK-PD<br><br>[PROPOSED] ORDER OF DISMISSAL<br><br>[36] |

Pursuant to the stipulation of the parties under Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, with each party bearing that party's own attorney's fees and costs. All deadlines and hearings are vacated. The Clerk shall close this case.

Dated: 3/10/2026

_____
Honorable R. Gary Klausner
United States District Judge

1
[PROPOSED] ORDER OF DISMISSAL